

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00079-CV

| | | |
|---|---|---|
| NATIONAL ASSOCIATION FOR LEGAL GUN DEFENSE, LLC, Appellant | § | On Appeal from the 96th District Court |
| | § | of Tarrant County (096-300494-18) |
| V. | § | February 24, 2022 |
| GLENN HENSLEY, Appellee | § | Memorandum Opinion by Chief Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that National Association for Legal Gun Defense, LLC shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bonnie Sudderth
Chief Justice Bonnie Sudderth